**994**

PHILIP ILLSON, Appellant, v. MAURICE H. LEAVY, Defendant, and AMERICAN GIRL, INC., Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion, on the ground that there is an issue of fact as to the good faith of the defendant-respondent in terminating the employment.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE KARP, Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of MAX LUBMAN et al., as Executors of SIMON SUTTA, Deceased. MAX LUBMAN et al., Appellants; ADELE SUTTA, Respondent. No opinion. Settle order on notice. Present —Martin, P. J. Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE RANDELL, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMILY M. WILLIAMS, Appellant, v. ANNA JOHANSSON, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER GRAND, Appellant, et al., Defendant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NEW YORK TRAP ROCK CORPORATION et al., Respondents, and BINGHAMTON METAL FORMS, INC., Appellant, v. THE NATIONAL BANK OF FAR ROCKAWAY, Appellant and Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to modify by dismissing the complaint as to all the plaintiffs, on the authority of *Raymond Concrete Pile Co.* v. *Federation Bank and Trust Co.* (288 N. Y. 452).

J. J. THEATRES, INC., Respondent, v. TWENTIETH-CENTURY FOX FILM CORPORATION et al., Defendants, and IRIS JOYCE, INC., et al., Defendants-Appellants. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

ANNA GLAUDINO, Respondent, v. HOME OWNERS' LOAN CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HELEN WALLACE, Appellant, v. CHARLES CAMARATA, JR., Respondent.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.